UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 2:14-cv-00022-BO

| | |
|---|---|
| JUNIOUS A. FOUNTAIN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner, )<br>Social Security Administration, )<br>)<br>    Defendant. )<br>_____ ) | REMAND ORDER |

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that she consented to Defendant's Motion for Remand.

According, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further action.

SO ORDERED this _13_ day of _November 2014_

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge