UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
-----------------------------------------------------------X
JUNIOUS A. FOUNTAIN,

        Plaintiff,

vs.                                                                         Civil Action No.:
                                                                           2:14-CV-00022-BO

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## ORDER

The Court, having read the Affirmation and supporting Memorandum dated the 18th day of December, 2014, from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $4,046.36 be granted and costs be granted in the amount of $350.00, payable from the Judgment Fund.

Entered: January 9, 2015

HONORABLE Terrence W. Boyle
United States District Judge