IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CV-00022-BO

| | |
|---|---|
| JUNIOUS A. FOUNTAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff's counsel filed a motion for attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $33,685.50. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,046.36.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ *17,000.00* and refund to Plaintiff the smaller award between this amount and the EAJA award.

1

SO ORDERED, this 9 day of August, 2021.

                                           *Terrence Boyle*
                                           TERRENCE W. BOYLE
                                           United States District Judge