UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JUNIOUS A. FOUNTAIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:14-CV-22-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs counsel be awarded fees under 42 U.S.C. §406(b) in the amount of $17,000.00 and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on August 9, 2021, and Copies To:**
Pamela Marie Henry-Mays                    (via CM/ECF electronic notification)
Lisa M. Rayo                                          (via CM/ECF electronic notification)

DATE:                                                    PETER A. MOORE, JR., CLERK
August 9, 2021                                      (By) /s/ Nicole Sellers
                                                              Deputy Clerk